**Thomas W. CHISHOLM,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 89321.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 12, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Thomas W. Chisholm, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Asst. Atty. Gen., Jefferson City, MO, for respondent.

---

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

## ORDER

PER CURIAM.

Thomas W. Chisholm appeals from the motion court's denial of his motion to reopen post-conviction proceedings. We affirm. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

The judgment is affirmed. Rule 84.16(b)(5).

Farrell D. Hockemeier, Esq., Richmond, MO, Guardian.

Bruce B. Brown, Esq., Timothy D. Tipton, Esq., Co-counsel, Kearney, MO, for Appellant.

Gary L. Gardner, Esq., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., ELLIS and HARDWICK, JJ.